IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL L. TRAFTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CV 19-99-BLG-TJC<br><br>**ORDER** |

Pursuant to the parties' Stipulated Motion to Remand (Doc. 14), and good cause appearing,

IT IS HEREBY ORDERED that this action is REVERSED and REMANDED for further administrative proceedings, including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge ("ALJ"), who shall:

　　1.　　Update medical records, develop the administrative record, offer Plaintiff the opportunity for a hearing, and issue a new decision;

　　2.　　Reconcile the different disability decisions and determination, and in doing so, obtain medical expert evidence in order to assess the nature, severity, limiting effects and onset date of Plaintiff's impairments.

The parties also agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 31st day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge