IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL L. TRAFTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CV 19-99-BLG-TJC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF EAJA FEES AND COSTS** |

　　　　On March 31, 2020, the Court remanded this case to the Commissioner for further administrative proceedings.  (Doc. 15.)  That same day, the Clerk of Court entered a separate judgment.  (Doc. 16.)

　　　　Plaintiff has now filed a motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA").  (Doc. 17.)  Plaintiff requests $9,256.78 in attorney's fees.  The Commissioner has not opposed the motion.

　　　　There being no objection from the Commissioner, the Court will grant the motion.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Award of EAJA Fees and Costs in the amount of $9,256.78 is GRANTED.

　　　　This award is subject to offset to satisfy any preexisting debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and the

Treasury Offset Program, 31 U.S.C. § 3716.  If the government determines Plaintiff does not owe a federal debt, then the government shall cause the payment of the award to be made directly to Plaintiff's counsel.

DATED this 4th day of May, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge